**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA DE LA TORRE, | CASE NO.: CV 10-1765-GW(PJWx) |
| *Plaintiff,* | **ORDER RE STIPULATION TO DISMISS COVENANT TRANSPORT, INC. AND KEVIN MORROW** |
| vs. | |
| KEVIN L. MORROW, et al., | |
| *Defendants.* | |

1

IT IS HEREBY ORDERED, pursuant to the Stipulation filed concurrently herewith by and between the parties to *Yolanda De La Torre v. Kevin L. Morrow, Covenant Transport, Inc. and DOES 1 through 20, et al.*, Case No. CV10-1765-GW(PJWx), through their designated counsel, that the matter be and hereby is dismissed in its entirety with prejudice.

DATED: September 3, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE